IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY LYLE SCHLEPP,<br><br>Defendant. | CR 05-112-BLG-SPW<br><br><br>ORDER |

Due to the recent outbreak of COVID-19 at the Yellowstone County Detention Facility and upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that the revocation hearing currently scheduled for Thursday, August 27, 2020 at 1:30 p.m., is **VACATED** and reset to commence on **Friday, October 9, 2020 at 10:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

All parties that intend to have witnesses testify at the revocation hearing shall give notice to this Court five (5) days prior to the hearing date.

1

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 24th day of August, 2020.

                                                  SUSAN P. WATTERS
                                                U.S. DISTRICT JUDGE