IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JEFFREY LYLE SCHLEPP, <br><br> Defendant. | Case No. CR 05-112-BLG-SPW <br><br> ORDER |

Due to a scheduling conflict at the YCDF and upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that the revocation hearing set VIA VIDEO for Wednesday, September 9, 2020 at 1:30 p.m. is **VACATED.**

**IT IS FURTHER ORDERED** that the Revocation Hearing is **RESET VIA VIDEO from the Yellowstone County Detention Facility** on **Tuesday, September 8, 2020 at <u>1:00 p.m.</u>** Counsel may appear in the Snowy Mountains Courtroom thirty (30) minutes prior to the hearing to video conference with Defendant. If the defendant objects to this hearing being held via video, he must file a motion to continue the hearing to allow time for the defendant to be transported.

1

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 1st day of September, 2020.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE