IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>JEFFREY LYLE SCHLEPP,<br><br>                 Defendant. | CR 05-112-BLG-SPW-1<br><br>ORDER |

For the reasons stated on the record, JEFFREY LYLE SCHLEPP is hereby released from the custody of the U.S. Marshals Service.

DATED this 8th day of September, 2020.

*Susan P. Watters*

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1